Tammy B. Webb (SBN 227593)
tbwebb@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

Steven A. Zalesin (Admitted *pro hac vice*)
sazalesin@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Attorneys for Defendants
BCI COCA-COLA BOTTLING COMPANY OF
LOS ANGELES and COCA-COLA BOTTLING
COMPANY OF SONORA, CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MERRITT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BIC COCA-COLA BOTTLING COMPANY OF LOS ANGELES and COCA-COLA BOTTLING COMPANY OF SONORA, CALIFORNIA, INC.<br><br>　　　　Defendants. | Case No. 4:14-cv-01067-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' JOINDER AND INTERVENTION MOTIONS (DKT. 39-40), AND DEFENDANTS' REPLY BRIEFS IN SUPPORT OF THEIR JOINDER AND INTERVENTION MOTIONS (DKT. 49-50)**<br><br>Judge: Hon. Jeffrey S. White |

Pursuant to Paragraph 4 of the Civil Standing Orders of the Honorable Jeffrey S. White and Rule 7-12 of the Civil Local Rules for the United States District Court for the Northern District of California, Plaintiff Paul Merritt ("Plaintiff") and Defendants BCI Coca-Cola Bottling Company of Los Angeles and Coca-Cola Bottling Company of Sonora, California, Inc. ("Defendants") (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:

291656 v1

|   |   |
|---|---|
| 1 | On November 27, 2013, when this matter was pending before The Honorable Dana M. Sabraw in the Southern District of California, Case No. 13-cv-2749-DMS (WVG), Defendants filed a Motion to Join a Necessary Party and Proposed Intervenor's Motion to Intervene (Dkt. 6-7). On January 29, 2014, Plaintiff filed his Oppositions to Defendants' intervention and joinder motions. (Dkt. 18-19) and this matter was ultimately transferred from Southern District to Northern District of California on March 7, 2014 (Dkt. 23-24). |

After this transfer, the Defendants renewed their motions for joinder and intervention on March 14, 2014 (Dkt. 27-28, 43-44) and Plaintiff filed his Oppositions to Defendants' renewed intervention and joinder motions on March 27, 2014, (Dkt. 39-40). On April 2, 2014, Defendants filed their Reply Briefs in support of their renewed intervention and joinder motions (Dkt. 49-50) and these motions are currently set to be heard on August 8, 2014 before the Honorable Jeffrey S. White (Dkt. 58).

The Parties have met and conferred and agreed to add The Coca-Cola Company as a necessary party in this matter. Accordingly, the Parties have agreed that Plaintiff's oppositions to the joinder and intervention motions, as well as Defendants' reply briefs should be withdrawn.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective attorneys of record that:

1. Plaintiff's Opposition to Proposed Intervenor's Motion to Intervene (Dkt. 39) is hereby withdrawn;

2. Plaintiff's Opposition to Defendants' Motion to Join a Necessary Party (Dkt. 40) is hereby withdrawn;

3. Defendants' Reply Brief in support of their Motion to Join a Necessary Party (Dkt. 49) is considered moot and is hereby withdrawn;

4. Proposed Intervenor's Reply Brief in support of its Motion to Intervene (Dkt. 50) is considered moot and is hereby withdrawn; and

5. The Coca-Cola Company is hereby added as a necessary party in this matter.

| | | | |
|---|---|---|---|
| 1 | Dated: July 29, 2014 | By: | /s/ Mark L. Knutson |
| 2 | | | Mark L. Knutson<br>Attorneys for Plaintiffs |
| 4 | Dated: July 29, 2014 | By: | /s/ Tammy B. Webb |
| 5 | | | Tammy B. Webb<br>Attorneys for Defendants |

Pursuant to L.R. 5-11(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By: /s/ Tammy B. Webb
Tammy B. Webb

3

STIPULATION AND [PROPOSED] ORDER
CASE NO. 4:14-CV-01067-JSW

291656 v1

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

The Court hereby orders that:

1. Plaintiff's Opposition to Proposed Intervenor's Motion to Intervene (Dkt. 39) is withdrawn;

2. Plaintiff's Opposition to Defendants' Motion to Join a Necessary Party (Dkt. 40) is withdrawn;

3. Defendants' Reply Brief in support of their Motion to Join a Necessary Party (Dkt. 49) is withdrawn;

4. Proposed Intervenor's Reply Brief in support of its Motion to Intervene (Dkt. 50) is withdrawn;

5. The Coca-Cola Company is added as a defendant in this matter.

**IT IS SO ORDERED.**

Dated: August 5, 2014  _____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER
CASE NO. 4:14-CV-01067-JSW

291656 v1